**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Danilo DEJESUS, Petitioner**

**No. 561 MAL 2016**

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Justin Williams MINAYA, Petitioner**

**No. 526 MAL 2016**

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eric John STINE, Petitioner**

**No. 575 MAL 2016**

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**